907 F.2d 1141
 RICO Bus.Disp.Guide 7489
 Wolf (Morris H.), Wolfland, Inc.
v.
Chase Manhattan Corp., Chase Bank of Maryland, Institutional
Services Corp., Klein (Gerald S.), Middle States Financial
Corp., Merritt Commercial Savings and Loan Association,
Inc., Chatterley Land Development Corp., Chatterleigh
Limited Partnership, Sommers (Milton), Cullen (Gilbert),
Hettleman (Eugene)
 NO. 88-1150
 United States Court of Appeals,
Fourth Circuit.
 JUN 13, 1990
 
 1
 Appeal From: D.Md.
 
 
 2
 VACATED IN PART, AFFIRMED IN PART.